1

2

3

4

5

6

7

8

**UNITED STATES DISTRICT COURT**

9

**NORTHERN DISTRICT**

10

**SAN JOSE DIVISION**

11

12 | SAN JOSE HEALTHCARE SYSTEM, LP
d/b/a REGIONAL MEDICAL CENTER
13 | OF SAN JOSE,

Case No.  5:21-cv-09974-SVK

[Assigned to the Hon. Susan van Keulen]

14 |                              Petitioner,

**[PROPOSED] ORDER ON PETITIONER'S
MOTION FOR FED. R. CIV. P. 54
15 |      v.                      APPLICATION FOR ATTORNEYS' FEES**

16

17 | STATIONARY ENGINEERS LOCAL 39
PENSION TRUST FUND,

18 |                              Respondent.

Petition Filed:  December 23, 2021
Judgment Entered:  June 23, 2022

19

20

21       The Court, having reviewed Petitioner's Motion for Fed. R. Civ. P. 54 Application for

22 Attorneys' Fees, and good cause appearing therefor, hereby ORDERS the following:

23       1.     Petitioner's Motion pursuant to Fed. R. Civ. P. 54 is GRANTED.

24       2.     Respondent is directed to pay to Petitioner the sum of $133,928.70 in fees

25 attributable to its defense of the Pension Fund's arbitration action and seeking vacatur of Arbitrator

26 Riker's Arbitration Award before this Court.

27       3.     The sum of $133,928.70 shall be payable to Petitioner within thirty (30) days of the

28 date of this Order.

FORD & HARRISON
LLP
ATTORNEYS AT LAW
OAKLAND

1

IT IS SO ORDERED.

2

3

4

5

6

_____

Hon. Susan van Keulen
Magistrate Judge of the U.S. District Court

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

FORD & HARRISON
LLP
ATTORNEYS AT LAW
OAKLAND

[PROPOSED] ORDER ON PETITIONER'S MOTION FOR
FED. R. CIV. P. 54 APPLICATION FOR ATTORNEYS'
FEES ; 5:21-CV-09974-SVK

## PROOF OF SERVICE

I, Mary Garner, declare:

I am a citizen of the United States and employed in Los Angeles County, California.  I am over the age of eighteen years and not a party to the within-entitled action.  My business address is 350 South Grand Avenue, Suite 2300, Los Angeles, California 90071.  On July 7, 2022, I served a copy of the within document(s):

**[PROPOSED] ORDER ON PETITIONER'S MOTION FOR FED. R. CIV. P. 54 APPLICATION FOR ATTORNEYS' FEES**

☒ ELECTRONICALLY: I caused a true and correct copy thereof to be electronically filed using the Court's Electronic Court Filing ("ECF") System and service was completed by electronic means by transmittal of a Notice of Electronic Filing on the registered participants of the ECF System. I served those parties who are not registered participants of the ECF System as indicated below.

☐ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below. I am readily familiar with the firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ by placing the document(s) listed above in a sealed FedEx Overnight envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a FedEx agent for delivery.

| | |
|---|---|
| Linda Baldwin Jones | Counsel for Respondent |
| Roberta D. Perkins | |
| Bisma Shehbaz | *Registered participant[s] in the* |
| Weinberg, Roger & Rosenfeld | *ECF System* |
| 1375 55th Street | |
| Emeryville, CA 94608-2609 | |
| Telephone: 510 337-1001 | |
| Facsimile:  510 337-1023 | |
| Email:      Lbjones@unioncounsel.net | |
|      Rperkins@unioncounsel.net | |
|      bshebaz@unioncounsel.net | |

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on July 7, 2022, at Los Angeles, California.

*Mary Garner*

_____

Mary Garner

FORD & HARRISON
LLP
ATTORNEYS AT LAW
LOS ANGELES

[PROPOSED] ORDER ON PETITIONER'S MOTION FOR
FED. R. CIV. P. 54 APPLICATION FOR ATTORNEYS'
FEES ; 5:21-CV-09974-SVK